IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BROADCAST MUSIC, INC.; SONGS OF UNIVERSAL, INC.; MOEBETOBLAME MUSIC; BLUES TRAVELER PUBLISHING CORPORATION; PIE EYED GROOBEE MUSIC, a division of GROOBE ENTERTAINMENT, INC.; TOKECO TUNES; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; BIG YELLOW DOG, LLC d/b/a BIG YELLOW DOG MUSIC,<br><br>    Plaintiffs,<br><br>vs.<br><br>GENE'OS BAR, LLC d/b/a GENE'OS WILD RIDE SALOON and GENE R. HEIMAN, individually,<br><br>    Defendants. | Case No. 3:11-cv-00469 |

**ORDER OF JUDGMENT**

This matter came before the Court on Plaintiffs' Motion for Entry of Default Judgment. Having considered the pleadings, affidavits and memorandum filed by Plaintiffs, it is ORDERED AND ADJUDGED:

I

Plaintiffs' Motion for Entry of Default Judgment against Defendants Gene'Os Bar, LLC and Gene R. Heiman is granted, this Court finding that Defendants knowingly and intentionally infringed upon the copyrights of six musical compositions owned and/or licensed by Plaintiffs.

II

Plaintiffs shall recover from Defendants Gene'Os Bar, LLC and Gene R. Heiman, jointly and severally, statutory damages in the amount of $5,000.00 for each of the six musical compositions, for a total of $30,000.00, pursuant to 17 U.S.C. Section 504(c)(1).

III

Plaintiffs shall recover from Defendants Gene'Os Bar, LLC and Gene R. Heiman, jointly and severally, full costs in this action, including reasonable attorney's fees, in the amount of $6,369.50, pursuant to 17 U.S.C. Section 505.

IV

Plaintiffs shall recover from Defendants Gene'Os Bar, LLC and Gene R. Heiman, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

V

Defendants Gene'Os Bar, LLC and Gene R. Heiman and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

VI

This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

Dated this 31st day of August, 2011.

Barbara B. Crabb
UNITED STATES DISTRICT JUDGE

Entered this 1st day of September, 2011.

Peter Oppeneer, Clerk of Court